**Dismissed and Memorandum Opinion filed November 1, 2011.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-11-00443-CV

_____

### LEVIATHAN ENTERPRISES GROUP, INC., Appellant

### V.

### ULYSSES W. WATKINS, FAMILY CARE MEDICAL CLINIC, INC., ARNOLD S. COHN & ASSOCIATES, P.C., AND ARAMCO INVESTMENT GROUP, Appellees

**On Appeal from the 61st District Court
Harris County, Texas
Trial Court Cause No. 2010-05115**

## MEMORANDUM   OPINION

This is an appeal from a judgment signed January 26, 2011.   The clerk's record was filed May 26, 2011.   The reporter's record was filed June 1, 2011.   No brief was filed.

On September 8, 2011, this court issued an order stating that unless appellant submitted a brief, together with a motion reasonably explaining why the brief was late, on or before October 7, 2011, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no response.   Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices Brown, Boyce, and McCally.